Squire Patton Boggs (US) LLP
Helen H. Yang (State Bar # 241170)
helen.yang@squirepb.com
Shaun Kim (State Bar # 307812)
shaun.kim@squirepb.com
Neil E. Chan (State Bar # 321864)
neil.chan@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Plaintiffs
VEOLIA NORTH AMERICA, LLC and
VEOLIA ES TECHNICAL SOLUTIONS, L.L.C.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEOLIA NORTH AMERICA, LLC, a Delaware limited liability company; and VEOLIA ES TECHNICAL SOLUTIONS, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. **'21CV2096 TWR BGS**<br><br>**PLAINTIFFS VEOLIA NORTH AMERICA LLC'S AND VEOLIA ES TECHNICAL SOLUTIONS, L.L.C.'S CORPORATE DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Plaintiffs Veolia North America, LLC and Veolia ES Technical Solutions, L.L.C. disclose the following:

Plaintiff Veolia North America, LLC is wholly owned by Veolia North America, Inc. ("VNA, Inc."). Plaintiff Veolia ES Technical Solutions, L.L.C. is wholly owned by Veolia Environmental Services North America LLC ("VESNA"), and VESNA is wholly owned by VNA, Inc. VNA, Inc. is wholly owned by Veolia Environnement S.A. (French Societe Anonyme), which is a publicly traded entity. No other corporation owns 10% or more of the stock of Veolia North America, LLC nor Veolia ES Technical Solutions, L.L.C.

Dated: December 16, 2021      Squire Patton Boggs (US) LLP


By:      /s/ Helen H. Yang
             Helen H. Yang
             Shaun Kim
             Neil E. Chan
Attorneys for Plaintiffs
VEOLIA NORTH AMERICA, LLC and
VEOLIA ES TECHNICAL
SOLUTIONS, L.L.C.